IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-po-07004-CBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT A. SANDERS,

    Defendant.

_____

ORDER DISMISSING PETITION ON SUPERVISED RELEASE AND VACATING WARRANT
AND TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

_____

On September 10, 2014, the probation officer notified the Court that the defendant had been sentenced on July 7, 2014, to a 2 to 6 year term of imprisonment in Idaho Department of Corrections in Elmore County, Idaho Docket No. CR-2013-2909.  Accordingly, in the interest of judicial economy, it is

**ORDERED** that the Petition on Supervised Release be dismissed and the warrant be vacated.  It is

**FURTHER ORDERED** that Defendant be discharged from supervised release unsatisfactorily and the proceedings in the case be terminated.

DATED at Colorado Springs, Colorado, this 10th day of September, 2014.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
United States Magistrate Judge